UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>Borin Keith Cash,<br><br>    Defendant. | Case No.: M 15-1410<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

  The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern District of Calif. for alleged violation(s) of the terms and conditions of (his)/her [~~probation~~] (supervised release); and

  The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

  The Court finds that:

A. (✓) The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on absconder status since 2013, apparent ongoing

1  _drug use, failure to attend prior outpatient treatment,_
2  _DMV failure to appear_
3  _____
4  and/or
5  B.   ( )  The defendant has not met his/her burden of establishing by
6  clear and convincing evidence that he/she is not likely to pose
7  a danger to the safety of any other person or the community if
8  released under 18 U.S.C. § 3142(b) or (c).  This finding is based
9  on:_____
10 _____
11 _____
12 _____

14  IT THEREFORE IS ORDERED that the defendant be detained pending
15 the further revocation proceedings.

17 Dated:  _7/29/15_                    _/s/ Jean Rosenbluth_
18                                       JEAN ROSENBLUTH
                                         U.S. MAGISTRATE JUDGE